# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CB8 |
| vs. | Violation No. 6258091 NE22 |
| ALEJANDRO GARCIA-ALVAREZ, | DISMISSAL ORDER |
| Defendant. | |

NOW ON THIS 13th day of December, 2019, this matter is before the Court on the United States' Motion for Dismissal, Filing No. 65. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

The United States' Motion for Dismissal, Filing No. 65, is granted. Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as to the Defendant, ALEJANDRO GARCIA-ALVAREZ.

Dated this 13th day of December, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge